United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 6, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-41761
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAIME SALGADO-BUSTAMANTE,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-00-CR-499-1
--------------------

Before SMITH, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

Jaime Salgado-Bustamante appeals from the denial of his motion for reduction of his sentence. Salgado's motion to file a reply brief out-of-time is GRANTED. However, as the district court was without authority to modify the imposed term, see United States v. Bridges, 116 F.3d 1110, 1112 (5th Cir. 1997), the denial of the motion for a sentence reduction is without error and is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.